### SCHREIER v. HOGAN et al.

(Supreme Court, Appellate Division, First Department. March 7, 1902.)

COSTS—SECURITY—SUIT BY TRUSTEE IN BANKRUPTCY.

> Code Civ. Proc. § 3268, which authorizes defendant to require security for costs where plaintiff is an assignee in bankruptcy, where the action is brought upon a cause of action arising before the adjudication in bankruptcy, is inapplicable to an action by a trustee in bankruptcy to set aside transfers made by the bankrupt.

Appeal from special term, New York county.

Action by Eli S. Schreier, as trustee of the estate in bankruptcy of George B. Christman, against William F. Hogan and others. From an order vacating an order requiring plaintiff to give security for costs, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, INGRAHAM, and LAUGHLIN, JJ.

George F. Hickey, for appellants.
Herman H. Oppenheimer, for respondent.

PER CURIAM. The order requiring security for costs was properly vacated. Section 3268 of the Code of Civil Procedure does not apply to an action by a trustee in bankruptcy to set aside transfers made by the bankrupt. This precise question was determined by this court in Rielly v. Rosenberg, 57 App. Div. 408, 68 N. Y. Supp. 265, and therefore, upon that authority, the order here appealed from must be affirmed, with $10 costs and disbursements.